UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARITTI BILLY CHOONIYOM, JR., | No. SACV 10-673 ODW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 7, 2012

_____
OTIS D. WRIGHT II
United States District Judge